# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00020-CV

**In re Douglas K. Conley**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Douglas K. Conley has filed a motion for emergency relief and petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10. We deny both the petition for writ of mandamus and motion for emergency relief.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

Filed:   January 14, 2008